MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. LORNA KEHAULANI WARNER  CASE NO. 3:07-CR-00123-02-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY: CRANDON RANDELL

DEFENDANT'S ATTORNEY: MARY C. GEDDES

U.S.P.O.: MARCI LUNDGREN - TELEPHONIC

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING HELD JULY 30, 2009:
------------------------------------------------
At 1:33 p.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: Same as above.   Age: 67

_X_ Defendant changed pleas to guilty on count 1ss of the Second Superseding Indictment. Counts 1ss - 6ss; 17ss and 27ss-37ss of the Second Superseding Indictment to be dismissed at Imposition of Sentence.

_X_ Court accepted plea. Referred to P.O. for Presentence Report.

_X_ Court reserved acceptance of the plea agreement.

_X_ Imposition of Sentence set for **10/16/09 at 10:00 a.m.**

_X_ OTHER: Court and counsel heard re Plea Agreement. Court and counsel heard re Defendant's Unopposed Motion to Modify Bail Conditions (DKT 195); **GRANTED**. Final Pretrial Conference set for 8/21/09 at 9:00 a.m. is **VACATED**. Trial by Jury set for 8/24/09 at 8:30 a.m. is **VACATED.**

_X_ Defendant's conditions of release remain as previously set with modifications.

At 1:55 p.m. court adjourned.

DATE: JULY 30, 2009   DEPUTY CLERK'S INITIALS: AXG

Revised 6-18-07